**Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00625-CV

### WILLIAM AND HOPE DADZIE, Appellants

### V.

### WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-WMC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC3, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1018834**

## M E M O R A N D U M   O P I N I O N

Appellants filed a notice of appeal on July 19, 2013, seeking to appeal an order signed June 28, 2013, denying their motion to reduce the supersedeas bond

amount set by the trial court. No record has been filed.[1]

On July 31, 2013, the court reporter for this case advised the court that appellants are not appealing as indigent and they have not made payment arrangements for preparation of the record. On September 6, 2013, the county clerk advised the court that appellants have not made payment arrangements for preparation of the clerk's record. Our records also reflect that appellants have not paid the appellate filing fee of $175.00. Therefore, on September 9, 2013, the court issued an order directing appellants to pay the appellate filing fee and to provide proof of payment for preparation of the record by September 25, 2013, or the appeal would be dismissed. *See* Tex. R. App. P. 5; 37.3(b). Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.

---

[1] While it appears that an order on a supersedeas bond would not be appealable in the absence of an appeal from the final judgment, *see* Tex. R. App. P. 24.2(a), we are unable to ascertain our jurisdiction over this appeal without a record.